FILED
FEB 09 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Claudia RYAN-BARBOUR, and<br>Colin RYAN-BARBOUR, | CASE NO. 2:16 - MJ - 0 0 3 4   CKD<br><br>**UNDER SEAL**<br><br>ORDER SEALING CRIMINAL COMPLAINT, CRIMINAL COMPLAINT AFFIDAVIT AND ARREST WARRANTS |

### ORDER

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint, Criminal Complaint Affidavit, Arrest Warrants, and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

**IT IS SO ORDERED.**

DATED: 2/9/2016

_____
HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE