1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   JUAN CARLOS MONTALBO
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-0092 JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MARCO ANTONIO RAMIREZ ZUNO et al., | |
| Defendants. | Date:  January 16, 2018<br>Time:  9:15 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendants, Juan Carlos Montalbo and Wayne A. York II, that the status conference scheduled for January 16, 2018, may be continued to February 6, 2018, at 9:15 a.m.

The government has provided a large amount of additional discovery on multiple devices, consisting of several years of emails from various persons. Defense counsel continue to review that material but need additional time to do so. However, the

-1-

parties anticipate setting a trial date at the next status and will confer over the next two weeks to decide when they will be ready for trial.

All counsel agree that the status conference should be continued to February 6, 2018, and ask the Court to order time excluded under the Speedy Trial Act through that date in order to afford necessary time for effective preparation. The parties agree that the interests of justice to be served by a continuance outweigh the best interests of the defendants and the public in a speedy trial, and ask the Court to order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), through February 6, 2018.

                              Respectfully Submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Dated: January 12, 2018    /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for JUAN CARLOS MONTALBO

Dated: January 12, 2018    /s/ T. Zindel for C. Cannon
                              CHRISTOPHER J. CANNON
                              Attorney for WAYNE A. YORK II

                              McGREGOR SCOTT
                              United States Attorney

Dated: January 12, 2018    /s/ T. Zindel for M. Morris
                              MATTHEW G. MORRIS
                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 6, 2018, at 9:15 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through February 6, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 12, 2018　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　United States District Judge