John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
COLIN RYAN-BARBOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16 CR 039 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;FINDINGS AND ORDER |
| vs. | |
| YANEZ-BARBER et al., | Date: July 17, 2018 |
| | Time: 9:15 a.m. |
| Defendants. | Judge: Honorable John A. Mendez |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Colin Ryan-Barbour, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for a status conference on June 26, 2018.

2. By this stipulation, the defendant now moves to continue the status conference until July 17, 2018 at 9:15 a.m. and to exclude time between June 26, 2018 and July 17, 2018 under Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. On March 21, 2016, The United States has produced 201 pages of discovery as well as numerous audio files.

1

| | | |
|---|---|---|
| b. | | Counsel for the defendant needs additional time to meet with Mr. Ryan-Barbour to review his potential defenses and to review his possible USSG offense level calculations; possible USSG enhancements; criminal history; and, discuss potential sentencing issues should he (Mr. Ryan-Barbour) enter a guilty plea. |
| c. | | Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. |
| d. | | The Government does not object to the continuance. |
| e. | | Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act. |
| f. | | For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 26, 2018, to July 17, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Defendant Claudia Ryan-Barbour has previously entered a guilty plea in this matter. Ms. Ryan-Barbour, through her undersigned counsel, Shari Rusk, Esq., joins this request and asks her sentencing be re-scheduled for July 17, 2018. The government has no objection to this request.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 22, 2018 | /s/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Colin Ryan-Barbour |
| Dated: June 22, 2018 | /S/ Shari Rusk<br>SHARI RUSK<br>Attorney for Defendant<br>Claudia Ryan-Barbour |
| Dated: June 22, 2018 | McGregor W. Scott<br>United States Attorney |
| | /s/ Jason Hitt<br>JASON HITT<br>Assistant United States Attorney |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing there from, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 25th day of June, 2018.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE